UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD AND BLOOMBERG L.P., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. A. No. 23-2004 (LLA) |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's October 18, 2023, Minute Order, Plaintiffs Jason Leopold and Bloomberg L.P. and Defendant Board of Governors of the Federal Reserve System (the "Board"), through undersigned counsel, file this status report to apprise the Court of the status of this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, litigation.

Plaintiffs bring this action seeking records relating to eight separate FOIA requests. The first, submitted July 13, 2022 (the "First Request"), which the Board assigned internal processing number FOIA-2022-545, sought certain unpublished OIG reports of the Board. Compl. ¶ 7. By letter to the Plaintiffs dated April 2, 2024, the Board responded in full to the First Request by granting in part and denying in part that Request. As set forth in the April 2, 2024 letter, approximately 51 pages of responsive information were released in full or in part to the Plaintiffs, with information redacted as marked on the face of the documents under FOIA Exemptions 5, 6, 7(A), 7(C), 7(E) and 8. Approximately 21 pages of information were withheld in full under FOIA Exemption 7(E). Approximately 2 pages of potentially responsive information were referred to the

Federal Deposit Insurance Corporation and approximately 55 pages were referred to the Consumer Financial Protection Bureau for a direct response to Plaintiffs. The parties expect to meet and confer regarding whether any issues remain with respect to Defendant's final determination as to the First Request.

Plaintiffs submitted a second FOIA request on November 3, 2022, which the Board assigned internal processing number FOIA-2023-067, seeking the last 100 emails sent and received by Board Chair Jerome Powell, then-Board Governor Lael Brainard, and Board Governors Michael S. Barr, Michelle W. Bowman, Lisa D. Cook, Philip N. Jefferson and Christopher Waller (the "Second Request"). Compl. ¶ 16. On March 9, 2023, plaintiffs clarified the Second Request to specify the search terms "inflation," "interest rate," and "ethics." Compl. ¶ 26. By letter to the Plaintiffs dated January 12, 2024, the Board responded in full to the Second Request as clarified by Plaintiffs by granting in part and denying in part that Request. As set forth in the January 12, 2024 letter, approximately 10,575 pages of responsive information were released in full or in part to the Plaintiffs, with information  redacted under FOIA Exemption 6. Approximately 5,858 pages of information were withheld in full under FOIA Exemptions 4, 5, and 8. The parties expect to meet and confer regarding whether any issues remain with respect to Defendant's final determination as to the Second Request.

Plaintiffs submitted a third FOIA request dated December 13, 2022, and received by the Board on December 14, 2022, which the Board assigned internal processing number FOIA-2023-147, seeking certain records referencing legislation regarding the application of FOIA to Federal Reserve Banks (the "Third Request"). Compl. ¶ 32. By letter to the Plaintiffs dated March 21, 2024, the Board responded in full to the Third Request by granting in part and denying in part that Request. As set forth in the March 21, 2024 letter, with regard to parts 1, 3 and 4, staff searched

Board records and located responsive information. The Board produced approximately 261 non-exempt, responsive pages to the Plaintiffs with exempt information redacted. Approximately 1,071 pages were withheld in full from the Plaintiffs under FOIA Exemptions 5 and 6. The Board reports that of those 1,071 pages, approximately 681 pages (10 separate documents) are comprised of pre-decisional and deliberative talking points prepared by Board staff and provided to Board decisionmakers covering a wide variety of topics, the majority of which are unrelated to the Third Request. Of these 681 pages, approximately 19 pages relate to the subject of the Third Request. The Board reports that with regard to part 2 of the Third Request, staff searched Board records and consulted with knowledgeable staff but did not locate information responsive to that part. The parties expect to meet and confer regarding whether any issues remain with respect to Defendant's final determination as to the Third Request.

Plaintiffs submitted a fourth FOIA request dated March 14, 2023 and received by the Board on March 15, 2023, which the Board assigned internal processing number FOIA-2023-360, related to the failures of Signature Bank and Silicon Valley Bank (the "Fourth Request"). Compl. ¶ 42. By letter to the plaintiffs dated October 12, 2023, the Board responded in full to the Fourth Request by granting in part and denying in part that Request. As set forth in the October 12, 2023 letter, the Board granted in full items 1 and 5, and granted in full items 2 and 3, as interpreted, and provided information responsive to items 1, 2, 3 and 5 to the plaintiffs. As further set forth in the October 12, 2023 letter, approximately 424 pages of information responsive to item 4 of that Request were withheld in full from the plaintiffs under FOIA Exemptions 5 and 8. Approximately 163 pages of information responsive to item 6 of that Request were withheld in full from the plaintiffs under FOIA Exemption 5. The Board denied in full item 7 of that Request on the basis that it appeared to be seeking supervisory communications pertaining to the Board's supervision

of Silicon Valley Bank which would be exempt from disclosure under FOIA Exemption 8, and would likely also contain information exempt from disclosure under FOIA Exemptions 4 and 5. The parties expect to meet and confer regarding whether any issues remain with respect to Defendant's final determination as to the Fourth Request.

Plaintiffs submitted a fifth FOIA request dated March 15, 2023, and received by the Board on March 16, 2023, which the Board assigned internal processing number FOIA-2023-373, relating to the failures of Silicon Valley Bank and Signature Bank (the "Fifth Request"). Compl. ¶ 51. By letter to the Plaintiffs dated September 29, 2023, the Board responded in full to the Fifth Request by granting in full portions of that Request and administratively closing the remaining portions. As set forth in the September 29, 2023 letter, the Board granted in full portions of the Fifth Request, as interpreted, relating to Silicon Valley Bank by providing responsive information to the Plaintiffs. The Board administratively closed portions of that Request relating to examination materials regarding the supervision of Signature Bank on the basis that the Board is not reasonably likely to have control of responsive supervisory materials since Signature Bank is supervised by the Federal Deposit Insurance Corporation, and advised Plaintiffs of the procedure for submitting a FOIA request to that agency. The parties expect to meet and confer regarding whether any issues remain with respect to Defendant's final determination as to the Fifth Request.

Plaintiffs submitted a sixth FOIA request dated March 17, 2023, and received by the Board on March 20, 2023, which the Board assigned internal processing number FOIA-2023-383, relating to changes to the Volcker Rule and other matters (the "Sixth Request"). Compl. ¶ 59. The Board has reviewed the Sixth Request and is in the process of responding to that Request. The Board reports that, since the parties' last Joint Status Report (ECF 12), the Board has run searches for documents responsive to a portion of the Sixth Request, which is divided into five items each

with multiple subparts, and is continuing to review them for responsiveness, information exempt from disclosure under FOIA, and reasonably segregable, non-exempt information and de-duping them. The Board expects to have more information on processing and production as it relates to the Sixth Request before the parties' next Joint Status Report.

Plaintiffs submitted a seventh FOIA request dated and received March 20, 2023, which the Board assigned internal processing number FOIA-2023-385, relating to the drafting of certain statements and certain internal directives regarding Silicon Valley Bank and Signature Bank (the "Seventh Request"). Compl. ¶ 67. By letter to the Plaintiffs dated September 29, 2023, the Board responded in full to the Seventh Request by denying in full that Request. In particular, the September 29, 2023 letter informed the Plaintiffs that the Board had located approximately 321 pages of information responsive to that Request, which would be withheld in full under FOIA Exemption 5. The parties expect to meet and confer regarding whether any issues remain with respect to Defendant's final determination as to the Seventh Request.

Plaintiffs submitted an eighth FOIA request dated and received May 1, 2023, which the Board assigned internal processing number FOIA-2023-480, seeking a variety of records referenced in the text and footnotes to the Board's April 2023 Silicon Valley Bank report ("SVB Report") (the "Eighth Request"). Compl. ¶ 75. By letter to the Plaintiffs dated August 15, 2023, the Board responded in full to the Eighth Request by granting in part and denying in part that Request. In particular, the August 15, 2023 letter provided Plaintiffs with a chart informing them where to locate information responsive to the request for records referenced in the footnotes of the report: items 1 through 28, 30 through 34, and 36 through 38. The August 15 letter also informed the Plaintiffs that, for items 1 and 2 referenced in the text of the SVB Report, and items 29 and 35 referenced in the footnotes, the Board had located approximately 170 pages of responsive

information which would be withheld in full under FOIA Exemptions 4 and 8. The parties expect to meet and confer regarding whether any issues remain with respect to Defendant's final determination as to the Eighth Request.

In light of the number of FOIA requests at issue, the parties report that they need additional time for the Board to continue processing and responding to the outstanding FOIA request (the Sixth Request) and for the parties to meet and confer with regard to avenues to narrow any issues in dispute with regard to the Requests already responded to (the First, Second, Third, Fourth, Fifth, Seventh, and Eighth Requests). Thus, pursuant to the Court's October 18, 2023, Minute Order, the parties will file a status report on or before July 22, 2024, updating the Court as to the status of that processing and those discussions, and if issues in dispute have not been fully resolved, to propose a schedule for further proceedings.

Dated: May 15, 2024

Respectfully submitted,

By:    */s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ *Erika Oblea*
ERIKA OBLEA
D.C. Bar No. 1034393
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2567
erika.oblea@usdoj.gov

*Attorneys for the Defendant*