UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD AND BLOOMBERG L.P., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. A. No. 23-2004 (LLA) |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's October 18, 2023, Minute Order, Plaintiffs Jason Leopold and Bloomberg L.P. and Defendant Board of Governors of the Federal Reserve System (the "Board"), through undersigned counsel, file this status report to apprise the Court of the status of this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, litigation.

Plaintiffs bring this action seeking records relating to eight separate FOIA requests. As previously reported, the Board has issued its final determinations as to all eight requests. The parties expect to meet and confer in an attempt to narrow or eliminate the issues for this Court's attention. To facilitate the parties' discussions, on November 14, 2024, the Board provided Plaintiff with a draft *Vaughn* Index as to the Sixth Request (FOIA-2023-383). The Board expects to provide a draft *Vaughn* to Plaintiff as to the Third Request (FOIA-2023-147) on or before the parties' next Joint Status Report.

1

The parties therefore believe that summary judgment briefing and the filing of a *Vaughn* Index are premature at this time. Pursuant to the Court's October 18, 2023, Minute Order, the parties will file another status report on or before January 21, 2025, to update the Court as to the parties' discussions, and if issues in dispute have not been fully resolved, to propose a schedule for further proceedings.

*   *   *

Dated: November 19, 2024

        Respectfully submitted,

By:   */s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Erika Oblea*
ERIKA OBLEA
D.C. Bar No. 1034393
Assistant United States Attorney U.S.
Attorney's Office, Civil Division 601
D Street, N.W.
Washington, D.C. 20530 Tel:
(202) 252-2567  erika.oblea@usdoj.gov

*Attorneys for the Defendant*