UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD AND BLOOMBERG L.P., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civ. A. No. 23-2004 (LLA) |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 18, 2023, Minute Order, Plaintiffs Jason Leopold and Bloomberg L.P. and Defendant Board of Governors of the Federal Reserve System (the "Board"), through undersigned counsel, file this status report to apprise the Court of the status of this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, litigation.

Plaintiffs bring this action seeking records relating to eight separate FOIA requests. As previously reported, the Board has issued its final determinations as to all eight requests. The parties expect to meet and confer in an attempt to narrow or eliminate the issues for this Court's attention. To facilitate the parties' discussions, the Board provided Plaintiff with a draft *Vaughn* Index as to the Sixth Request (FOIA-2023-383) on November 14, 2024; a draft *Vaughn* Index as to the Third Request (FOIA-2023-147) on January 16, 2025; a draft *Vaughn* Index as to the First Request (FOIA 2022-545) on March 18, 2025; and a draft *Vaughn* Index as to the Eight Request (FOIA 2023-480) on May 12, 2025. The Board expects to provide a draft *Vaughn* Index as to the Seventh Request (FOIA 2023-385) on or before the parties' next Joint Status Report.

1

The parties therefore believe that summary judgment briefing and the filing of a *Vaughn* Index are premature at this time. Pursuant to the Court's October 18, 2023, Minute Order, the parties will file another status report on or before July 22, 2025, to update the Court as to the parties' discussions, and if issues in dispute have not been fully resolved, to propose a schedule for further proceedings.

\* \* \*

Dated: May 23, 2025

Respectfully submitted,

By: */s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Erika Oblea*
ERIKA OBLEA, D.C. Bar No. 1034393
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2567
erika.oblea@usdoj.gov

*Attorneys for the Defendant*